IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TRACY BERNARD WILLIAMS                                                        PLAINTIFF

VS.                                    Civil No. 6:12_cv-6130

CORPORAL BOLES, Ouachita River
Correctional Unit (ORCU); CORPORAL
MAYHUE (ORCU); SERGEANT J. McDERMOTT,
(ORCU); LIEUTENANT ADAM CLARK;
SERGEANT K. HOLMES (ORCU); CORPORAL
CARPENTER, (ORCU); CORPORAL McDORMAN,
(ORCU); LIEUTENANT PARKER, (ORCU);
CAPTAIN STRAUGHN, (ORCU); MAJOR
McHAN, (ORCU); CORPORAL GREEN (ORCU)                          DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed August 20, 2014 by the Honorable

James R. Marchewski, United States Magistrate Judge for the Western District of Arkansas. (ECF

No. 39). Judge Marchewski recommends that Plaintiff's voluntary dismissal of claims against

Sergeant Holmes, Corporal Green, and Lieutenant Parker be granted. Judge Marchewski further

recommends that Defendants' Motion for Summary Judgment (ECF No. 35) be granted. The parties

have not filed objections to the Report and Recommendation, and the time to object has passed. *See*

28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.

Defendants' Motion for Summary Judgment (ECF No. 35) should be and hereby is **GRANTED** and

Plaintiff's claims against Sergeant Holmes, Corporal Green, and Lieutenant Parker are dismissed

pursuant to his request. This case is dismissed.

**IT IS SO ORDERED**, this 10th day of September, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge